```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 01442
   MELBA J CAUSEY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2574


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/29/2007 and was confirmed 05/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    5.00%.

      The case was dismissed after confirmation 12/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
HONOR FINANCE                SECURED VEHIC   4307.16          130.10          500.58
HONOR FINANCE                UNSECURED       NOT FILED           .00             .00
SBC                          UNSECURED        390.53             .00             .00
MCI                          UNSECURED        167.95             .00             .00
CREDIT PROTECTION ASSOCI     UNSECURED       NOT FILED           .00             .00
AT & T BROADBAND             UNSECURED       NOT FILED           .00             .00
CREDIT MANAGEMENT INC        UNSECURED       NOT FILED           .00             .00
CINCINNATI GAS ELECTRIC      UNSECURED       NOT FILED           .00             .00
AARONS SALES & LEASE 2ND     UNSECURED       NOT FILED           .00             .00
UNIVERSITY OF CHICAGO PH     UNSECURED       NOT FILED           .00             .00
COX-NEW ORLEANS              UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC          UNSECURED        118.43             .00             .00
PEOPLES GAS LIGHT & COKE     UNSECURED        171.15             .00             .00
MCI WORLDCOM                 UNSECURED       NOT FILED           .00             .00
SBC                          UNSECURED        253.17             .00             .00
MIDLAND CREDIT MANAGEMEN     UNSECURED        135.17             .00             .00
HONOR FINANCE                NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE     UNSECURED       5984.13             .00             .00
H&R BLOCK                    UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP        UNSECURED       1187.24             .00             .00
ROBERT J SEMRAD & ASSOC      REIMBURSEMENT     43.00             .00           43.00
INTERNAL REVENUE SERVICE     UNSECURED           .00             .00             .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY     2,500.00                            .00
TOM VAUGHN                   TRUSTEE                                           46.32
DEBTOR REFUND                REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    720.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01442 MELBA J CAUSEY

```
PRIORITY                                                        43.00
SECURED                                                        500.58
    INTEREST                                                   130.10
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                            46.32
DEBTOR REFUND                                                     .00
                                   ---------------      ---------------
TOTALS                                      720.00               720.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE